CHRISTOPHER J. HICKS
Washoe County District Attorney

MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

BRIAN T. KING, an individual, and DANNY JOSEPH MUSICH, an individual,

      Plaintiff,

vs.

THE CITY OF RENO, a political subdivision, of the State of Nevada; WASHOE COUNTY, a political subdivision of and DOES 1 through 10 inclusive,

      Defendants.

Case No. 3:21-cv-00024-MMD-WGC

**STIPULATION TO EXTEND DEADLINES TO REPLY TO MOTION TO DISMISS AND REPLY TO MOTION TO SEVER (First Request)**

    Plaintiffs Brian T. King, an individual and Danny Joseph Musich, an individual, hereby stipulate that Defendant Washoe County shall have an extension of 14 days, or through March 29, 2021, to file replies to Washoe County's Motions to Dismiss and Washoe County's Motion to Sever. This is the first request for an extension to reply to these motions.

//

//

//

//

-1-

1  The parties stipulate to the extension to allow completion of a tentative settlement
2  agreement.
3  Dated this 12th day of March, 2021.

4  By:  /s/ Roger S. Doyle, Esq.      By:  /s/ Michael W. Large
LUKE A. BUSBY, ESQ     MICHAEL W. LARGE
5  Nevada Bar No. 10319     Deputy District Attorney
316 California Ave.     One South Sierra Street
6  Reno, Nevada 89509     Reno, NV  89501
775-453-0112     mlarge@da.washoecounty.us
7  luke@lukeandrewbusbyltd.com     (775) 337-5700
8      ATTORNEY FOR WASHOE COUNTY

ROGER S. DOYLE, ESQ.
9  Nevada Bar No. 10876
KERRY S. DOYLE, ESQ
10 Nevada Bar No. 10866
DOYLE LAW OFFICE, PLLC
11 4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502
12 (775) 525-0889
13 admin@rdoylelaw.com

14 Attorneys for Plaintiffs

15

16  IT IS SO ORDERED.

17  Dated this  15th  day of March, 2021.

18  _____
19  UNITED STATES DISTRICT JUDGE

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

KERRY DOYLE, ESQUIRE

ROGER DOYLE, ESQUIRE

LUKE BUSBY, ESQUIRE

WILLIAM MCKEAN, ESQUIRE

CHANDENI SENDALL, ESQUIRE

JONATHAN SHIPMAN, ESQUIRE

Dated this 12th day March 2021.

       /s/ C. Theumer
       C. Theumer