UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BRIAN T. KING, an individual, and DANNY JOSEPH MUSICH, an individual,

    Plaintiff,

vs.

THE CITY OF RENO, a political subdivision, of the State of Nevada; WASHOE COUNTY, a political subdivision of and DOES 1 through 10 inclusive,

    Defendants.

Case No. 3:21-cv-00024-MMD-WGC

**ORDER OF DISMISSAL OF WASHOE COUNTY**

    Pursuant to the stipulation of the Plaintiffs Brian T. King and Danny Joseph Musich by and Defendant Washoe County under Federal Rule of Civil Procedure 41(a)(2), it is hereby ordered that all claims and causes of action brought against Defendant Washoe County are hereby dismissed with prejudice, with each party bearing that party's own attorney's fees and costs and this Court shall retaining jurisdiction over the settlement agreement.

    Dated this __7th__ Day of April, 2021.

    IT IS SO ORDERED.

                                                     Miranda M. Du
                                                   Chief United States District Judge